IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TREVOR KAKUNGU,<br><br>　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　Defendant. | CIVIL ACTION NO.<br>1:25-cv-05237-WMR-RDC |

## ORDER

Defendant has moved to extend the deadline to respond to Plaintiff's complaint from October 13, 2025 through November 12, 2025. (Doc. 6). This is the first such extension request and Plaintiff does not object. The motion is **GRANTED**. Defendant must answer or otherwise respond to Plaintiff's complaint by **NOVEMBER 12, 2025**.

IT IS SO **ORDERED** on this 14th day of October 2025.

_____
REGINA D. CANNON
United States Magistrate Judge